## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ABG EPE IP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>**286 Wink Cases Store**, *et al.*,<br><br>*Defendants*. | Case No.: 1:25-cv-1307-TRJ |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ABG EPE IP, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. arm_guitar parts; and
2. Zhejiang Jiarong Packing Co., Ltd.

Dated: September 5, 2025.

    Respectfully submitted,
    THE SLADKUS LAW GROUP

    *s/ Carrie A. Hanlon*
    Carrie A. Hanlon
    Ga. Bar No. 289725
    E-mail: carrie@sladlaw.com
    Jason H. Cooper
    Ga. Bar No. 778884
    E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***